IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TREANELL WALTERS SCOTT, | § § | |
| Plaintiff, | § § | |
| V. | § | CIVIL ACTION NO. H-09-599 |
| | § | |
| UNIVERSITY OF HOUSTON, | § § | |
| Defendant. | § | |

## ORDER

Before the Magistrate Judge upon referral from the District Judge is Defendant's Motion to Compel Documents and Privilege Log (Document No. 24), Defendant's Opposed Motion for Leave to File Amended Answer (Document No. 25) and Defendant's Opposed Motion for Entry of Protective Order (Document No. 26). Having considered the motions, the responses and additional briefing, and the claims and issues in this case, it is

ORDERED that Defendant's Motion to Compel Documents and Privilege Log (Document No. 24) is GRANTED in PART. Although Plaintiff has represented that no documents have been withheld on the basis of privilege, they have merely been redacted, Defendant is entitled to a list, by Bates stamp number, of any documents (redacted or not) that are subject to any claimed privilege. Plaintiff shall therefore provide Defendant with a list of any document subject to any claimed privilege, and shall identify therewith the claimed privilege, within fourteen (14) days after the entry of this Order. As for Defendant's request for an un-redacted copy of Plaintiff's fee agreement with counsel, Plaintiff shall provide the undersigned with an un-redacted copy of that fee agreement for an in camera review. It is further

ORDERED that Defendant's Opposed Motion for Leave to File Amended Answer (Document No. 25) is GRANTED. To the extent this amendment necessitates additional discovery, the parties may seek an extension of the discovery deadline. It is further

ORDERED that Defendant's Opposed Motion for Entry of Protective Order (Document No. 26) is GRANTED. Both sides recognize the need for a protective order to protect confidential information from public disclosure. The method suggested by Defendant for identifying confidential information that may have already been produced, but not stamped as "confidential," is reasonable and does not unfairly shift the burden from one party to the other. The proposed Protective Order attached as "Exhibit A" to Defendant's Motion will be entered separately.

Signed at Houston, Texas, this 28th day of January, 2010.

FRANCES H. STACY
UNITED STATES MAGISTRATE JUDGE